| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

IVA F. ROBERTSON, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:06-CV-141
§
MICHAEL J. ASTRUE,[1] §
Commissioner of Social Security §
Administration, §
§
    Defendant. §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately, remanding this action to the Commissioner for further consideration in light of correct principles of law pertaining to evaluation of subjective complaints.

---

[1] Michael J. Astrue was appointed Commissioner of Social Security Administration on February 12, 2007. He is automatically substituted as a party under 42 U.S.C § 405(g) and Rule 25(d)(1), Federal Rules of Civil Procedure.

SIGNED at Sherman, Texas, this 10th day of September, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE